# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| NOVIA COMMUNICATIONS, LLC, | : Case No. 3:16-CV-00587 |
| Plaintiff, | : Judge Jeffrey J. Helmick |
| -vs- | : **JOINT MOTION OF ALL** |
| | : **PARTIES REQUESTING CONSENT** |
| JESSE WEATHERBY, et al., | : **JUDGMENT, VACATION OF MAY 10,** |
| | : **2016 STIPULATED ORDER,** |
| Defendants. | : **STIPULATED ORDER OF DISMISSAL** |
| | : **WITHOUT PREJUDICE OF** |
| | : **COUNTS IV, VIII AND IX AND** |
| | : **RULE 54(b) CERTIFICATION** |

\* \* \*

Plaintiff Novia Communications, LLC and Defendants Jesse Weatherby, Community Broadcast Group, Inc. and Orion Media Management, LLC, by and through their counsel, request that this Court adopt and order the proposed "Consent Judgment on Counts V, VI and VII, Consent Order Vacating Stipulated Order of May 10, 2016, Stipulated Order of Dismissal Without Prejudice of Counts IV, VIII and IX and Request for Rule 54(b) Certification" attached to this Joint Motion as Appendix A.

Respectfully submitted,

*/s/ John C. Barron*

John C. Barron (0003233)
Gregory H. Wagoner (0076132)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43604-5573
Telephone:  419.241.9000
Facsimile:  419.241.6894
Email:  jbarron@shumaker.com
  gwagoner@shumaker.com

Attorneys for Plaintiff
Novia Communications, LLC

*/s/ James P. Silk, Jr.*

James P. Silk, Jr. (0062463)
Susan B. Nelson (0015605)
SPENGLER NATHANSON P.L.L.
Four SeaGate, Suite 400
Toledo, Ohio 43604-2622
Telephone:  419.241.2201
Facsimile:  419.241.8599
Email:  jsilk@snlaw.com
  snelson@snlaw.com

Attorneys for Defendants
Jesse Weatherby,
Community Broadcast Group, Inc.
and Orion Media Management, LLC

## CERTIFICATE OF SERVICE

This will certify that on April 12, 2019, a copy of the foregoing *Joint Motion of All Parties Requesting Consent Judgment, Vacation of May 10, 2016 Stipulated Order, Stipulated Order of Dismissal Without Prejudice of Counts IV, VIII and IX and Rule 54(b) Certification* was served via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ John C. Barron*

John C. Barron (0003233)
Gregory H. Wagoner (0076132)
SHUMAKER, LOOP & KENDRICK, LLP

Attorneys for Plaintiff
Novia Communications, LLC